UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A.R. HITLER,<br>aka CARL RENOWITZKY,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTI-CHRIST, et al.,<br><br>  Defendants. | Case No. 20-cv-06479-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

After plaintiff filed a complaint, the Clerk sent him a notice directing him to (i) pay the filing fee or file an application to proceed *in forma pauperis* (IFP); and (ii) file a complaint on this Court's form.  Plaintiff has not complied with the Clerk's Notice.  Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen.  Any such motion must contain (i) a complete application to proceed IFP (or full payment for the $400.00 filing fee); <u>and</u> (ii) a complaint on this Court's form.

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED.**

**Dated:**  November 30, 2020



_____
WILLIAM H. ORRICK
United States District Judge